

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00378-CV

**EPIC Y-GRADE PIPELINE, LP** and Epic Crude Pipeline, LP a/k/a EPIC Y Grade Pipeline, LP a/k/a EPIC Y Grande Pipeline, LP,
Appellants

v.

Antonio E. **MERCADO** and Nancy L. Mercado,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-20-119
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              Adrian A. Spears II, Justice
              Velia J. Meza, Justice

Delivered and Filed: July 8, 2026

SET ASIDE AND REMANDED

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B), the parties have filed a joint agreed motion to set aside the trial court's judgment without regard to the merits and to remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. The parties also request that we direct the clerk of this court to issue the mandate

immediately. *See* TEX. R. APP. P. 18.1(c) ("The mandate may be issued earlier if the parties so agree, or for good cause on the motion of a party."). We grant the motion.

We set aside the trial court's judgment without regard to the merits and remand this cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We further direct the clerk of this court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM